UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH P. ERRICO and DR. THOMAS J. ERRICO, as representatives of the former common stockholders of SPINECORE, INC.,

Plaintiffs,

vs.

STRYKER CORPORATION,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

JUDGE MARRERO

10 CV 3960

Civil Action No.

FILED
U.S. DISTRICT COURT
2010 MAY 12 PM 4:51
S.D. OF N.Y.

### TEMPORARY SEALING ORDER

The Court has considered the motion of Plaintiffs Joseph P. Errico and Dr. Thomas J. Errico ("Plaintiffs"), as the designated representatives of the former common stockholders of SpineCore, Inc., to temporarily seal the Complaint in the above-captioned matter, and finds that Plaintiffs have demonstrated that the Complaint should be sealed to preserve the opportunity for defendant Stryker Corporation to contend that the Complaint should be sealed and maintained as confidential. Accordingly, it is hereby ORDERED that the motion is GRANTED, and it is FURTHER ORDERED that the Complaint be filed under seal for a period of thirty (30) days, or until such time as the Court may order upon a motion to the Court duly made by defendant Stryker Corporation.

_____
United States District Judge

Richard J. Holwell
USDJ
5/12/10